DAVID N. WOLF (6688)
GREG SODERBERG (14016)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@utah.gov
E-mail: gmsoderberg@utah.gov

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER; and TRICIA CHRISTIE,<br><br>Plaintiffs,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of the State of Utah; SEAN D. REYES, in his official capacity as Attorney General of the State of Utah; SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake; JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake; BEN McADAMS, in his official capacity as Mayor of the County of Salt Lake; KATHY BERG, in her official capacity as Director of the Division of Commerce; JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake; ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development for the County of Salt Lake,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Case No. 2:16-cv-01067-DBP<br><br>Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of David N. Wolf, Assistant Attorney General, as counsel for Defendants Governor Gary R. Herbert, Attorney General Sean D. Reyes, and Kathy Berg, Division Director of the Division of Corporations and Commercial Code ("State Defendants") in this action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

>   DAVID N. WOLF (6688)
>   Office of the Utah Attorney General
>   160 East 300 South, Sixth Floor
>   P.O. Box 140856
>   Salt Lake City, Utah 84114-0856
>   Telephone: (801) 366-0100
>   Facsimile: (801) 366-0101
>   E-mail: dnwolf@utah.gov
>
>   DATED: December 1, 2016.

                                        OFFICE OF THE UTAH ATTORNEY GENERAL


                                        /s/ David N. Wolf
                                        DAVID N. WOLF
                                        GREG SODERBERG
                                        Assistant Utah Attorneys General
                                        *Counsel for State Defendants*

**CERTIFICATE OF SERVICE**

  I certify that on December 1, 2016, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was mailed via First Class Mail and by email to the following:

Russell Greer
689 Vine Street
Murray, UT 84107
E-mail: russmark@gmail.com
*Pro Se Litigant*

               /s/  Valerie Valencia