Sim Gill (Utah State Bar No. 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Neil S. Sarin (USB # 9248) nsarin @slco.org
Jennifer Bailey (USB # 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Gary R. Herbert, et al.<br><br>Defendants. | MOTION FOR EXTENSION OF TIME<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

Come now the Defendants, SIM GILL, BEN MCADAMS and ROLEN YOSHINAGA by and through their undersigned counsel, and pursuant to DUCivR. 77-2(a)(2) hereby petition the Clerk of the Court to grant a fourteen (14) day extension of time for said Defendants to file a response to Plaintiff's Complaint.

Plaintiff filed his Complaint in this case on October 18, 2016 (doc 1).The Defendants' response to the Complaint is currently due December 12, 2016 pursuant to FED. R. CIV. P. 12(a)(1)(A)(i), and the time for filing the response has not yet expired. Furthermore, no previous extension(s) of time have been requested by the Defendants. According to DUCivR 77-2(a)(2), a

fifteen day extension of time would require Defendants' response to be filed on December 27, 2016.

A proposed order granting the current Motion is incorporated by reference as if set forth fully herein and is attached hereto as Exhibit 1.

WHEREFORE, for the reasons stated herein, Defendants respectfully pray the Court Clerk will enter an Order:

1. Extending the time to respond to the Plaintiff's Complaint until and through December 27, 2016, and;

2. Awarding the Defendants any and other relief to which they may appear entitled.

Respectfully submitted this 1st day of December 2016.

                              SIM GILL
                              Salt Lake County District Attorney

                              /s/ NEIL R. SARIN
                              NEIL R. SARIN
                              JENNIFER BAILEY
                              Deputy District Attorney
                              *Attorney for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

2

## CERTIFICATE OF SERVICE

I certify that on this 1st day of December, 2016 a true and correct copy of the foregoing MOTION FOR EXTENSIONOF TIME was electronically filed with the Clerk of Court using the CM/ECF system and mailed to the following:

Russell Greer
689 Vine Street
Murray, UT 84107
*Pro Se*

/s/ Iris Pittman
Paralegal

2