Sim Gill (Utah State Bar No. 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Neil S. Sarin (USB # 9248) nsarin_@slco.org
Jennifer Bailey (USB # 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER, et al.<br><br>Plaintiffs,<br>v.<br><br>Gary R. Herbert, et al.<br><br>Defendants. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

This matter comes before the Court on the Motion of Defendants SIM GILL, BEN MCADAMS and ROLEN YOSHINAGA, pursuant to DUCivR. 77-2(a)(2) and requests that the Clerk of the Court afford the Defendants a fifteen (15) day extension of time in which to file a response to Plaintiff's Complaint. The Clerk of the Court, having reviewed the record, considered the motion, for good cause shown, and being otherwise sufficiently advised, IT IS HEREBY ORDERED and ADJUDGED AS FOLLOWS:

1. The Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga shall have up to and through December 27, 2016 to answer or otherwise respond to the Plaintiff's Complaint.

SO ORDERED this _____ day of _____ 2016.

                                          CLERK OF COURT
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF UTAH

                                          _____
                                          Deputy Clerk

Prepared by:

/S/NEIL R. SARIN_____
NEIL R. SARIN
Deputy District Attorney
*Attorney for Defendants*

2