Sim Gill (Utah State Bar No. 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Neil S. Sarin (USB # 9248) nsarin@slco.org
Jennifer Bailey (USB # 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER, et al.<br><br>Plaintiffs,<br>v.<br>Gary R. Herbert, et al.<br><br>Defendants. | NOTICE OF APPEARANCE OF COUNSEL<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

Notice is hereby given of the entry of the undersigned as counsel for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga. Pursuant to Federal Rule of Civil Procedure 5, all notices and copies of pleadings, papers, and other materials relevant to this action should be directed and served upon:

Jennifer Bailey
Deputy District Attorney
Salt Lake County District Attorney's Office
2001 South State Street, S3-600
Salt Lake City, UT 84190
jenbailey@slco.org

Respectfully submitted this 1st day of December 2016.

                    SIM GILL
                    Salt Lake County District Attorney

                    /s/ JENNIFER BAILEY
                    JENNIFER BAILEY
                    Deputy District Attorney
                    *Attorney for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

1

## CERTIFICATE OF SERVICE

I certify that on this 1st day of December, 2016 a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was electronically filed with the Clerk of Court using the CM/ECF system and mailed to the following:

Russell Greer
689 Vine Street
Murray, UT 84107
*Pro Se*

/s/ Iris Pittman
Paralegal