IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER, et al.<br><br>               Plaintiffs,<br>v.<br><br>Gary R. Herbert, et al.<br><br>               Defendants. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

      This matter comes before the Court on the Motion of Defendants SIM GILL, BEN MCADAMS and ROLEN YOSHINAGA, pursuant to DUCivR. 77-2(a)(2) and requests that the Clerk of the Court afford the Defendants a fifteen (15) day extension of time in which to file a response to Plaintiff's Complaint. The Clerk of the Court, having reviewed the record, considered the motion, for good cause shown, and being otherwise sufficiently advised, IT IS HEREBY ORDERED and ADJUDGED AS FOLLOWS:

      1.      The Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga shall have up to and through December 27, 2016 to answer or otherwise respond to the Plaintiff's Complaint.

      SO ORDERED this 1st day of December 2016.

                                                                    _____
                                                                    Dustin B. Pead
                                                                    U. S. Magistrate Judge, District of Utah