DAVID N. WOLF (6688)
GREG SODERBERG (14016)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@utah.gov
E-mail: gmsoderberg@utah.gov

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER and TRICIA CHRISTIE,<br><br>                Plaintiffs,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of the State of Utah; SEAN D. REYES, in his official capacity as Attorney General of the State of Utah; SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake; JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake; BEN McADAMS, in his official capacity as Mayor of the County of Salt Lake; KATHY BERG, in her official capacity as Director of the Division of Commerce; JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake; ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development for the County of Salt Lake,<br><br>                Defendants. | **ORDER GRANTING STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br><br>Case No. 2:16-cv-01067-DBP<br><br>Magistrate Judge Dustin B. Pead |

This matter comes before the Court on the Motion of Defendants Governor Gary R. Herbert, Attorney General Sean D. Reyes, and Kathy Berg, Director of the Division of Commerce ("State Defendants"). Pursuant to DUCivR. 77-2(a)(2), State Defendants request that the Clerk of the Court provide a fourteen (14) day extension of time in which State Defendants may file an Answer or otherwise respond to Plaintiff's Complaint. The Clerk of the Court, having reviewed the record, considered the motion, for good cause shown, and being otherwise sufficiently advised, HEREBY ORDERS and ADJUDGES AS FOLLOWS:

The State Defendants shall have until December 27, 2016 to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this 2nd day of December, 2016.

_____
Dustin B. Pead
U.S. Magistrate Judge