Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Neil S. Sarin (USB # 9248) nsarin@slco.org
Jennifer Bailey (USB # 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Russell G. Greer, et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>Gary R. Herbert, et al.<br><br>　　　　　Defendants. | SALT LAKE COUNTY DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge:  Dustin B. Pead |

Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga (collectively "County Defendants"), by and through their undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby submit this Reply in Support of Salt Lake County Defendants' Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief ("County Defendants' Reply").  On December 27, 2016, County Defendants filed their Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief ("County Defendants' Motion to Dismiss") (Docket No. 18).  On January 27, 2017, Plaintiff filed Plaintiff's Response

and Memorandum in Opposition to Defendants' Reply Memorandum and Request for Hearing ("Plaintiffs' Response") (Docket No. 29).

County Defendants raised the following legal arguments in their Motion to Dismiss:

I. Plaintiffs fail to state a factual basis for claims asserted against the County Defendants. *See* Docket No. 18 at 4.

II. Plaintiffs fail to state a claim under 42 U.S.C. 1983. *See Id.* at 4-6.

III. Plaintiffs fail to state a claim under Article 1, Section 7 of the Utah Constitution. *See Id.* at 6-7.

IV. Plaintiff Tricia Christie has not complied with FRCP 11(a) and Christie should be stricken as Plaintiff. *See Id.* at 7.

As far as County Defendants can ascertain from their review of Plaintiffs' Response, Plaintiffs' have failed to address or challenge any of the County Defendants' dispositive legal arguments. Because Section I and II of the arguments raised in County Defendants' Motion to Dismiss entitles County Defendants to dismissal with prejudice *(See Id.* at 4-6) and Plaintiffs fail to rebut (or even address) those arguments in Plaintiffs' Response, the Court should enter an order dismissing Plaintiffs' claims against the County Defendants. Should the Court decline to dismiss Plaintiffs' Complaint based on Section I or II, Section III of the argument raised in the County Defendants' Motion to Dismiss entitles County Defendants to dismissal with prejudice of the Plaintiffs' Claim 5 of the Plaintiffs' Complaint (*See Id.* at 6-7). If the Court declines to dismiss Plaintiffs' Complaint based on Section I or II, Section IV of the argument raised in County Defendants' Motion to Dismiss entitled County Defendants to dismissal with prejudice of Tricia Christie as a plaintiff. (*See Id.* at 7).

## CONCLUSION

Based on the foregoing reasons, County Defendants respectfully request that the Court grant their Motion to Dismiss in its entirety and enter an order dismissing with prejudice all claims and causes of action asserted by Plaintiffs against them and awarding County Defendants any and other relief to which they may appear entitled.

Respectfully submitted this 17th day of February 2016.

                SIM GILL
                Salt Lake County District Attorney

                /s/ NEIL R. SARIN
                NEIL R. SARIN
                Deputy District Attorney
                *Attorney for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of February, 2017 a true and correct copy of the foregoing Salt Lake County Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief was electronically filed with the Clerk of Court using the CM/ECF system and mailed to the following:

David N. Wolf
Gregory M. Soderberg
UTAH ATTORNEY GENERAL'S OFFICE
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

Catherine L. Brabson
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
*Attorney for Defendants Jackie Biskupski and James Allred*

Was sent by e-mail and first class mail, postage prepaid to the following:

Russell Greer
689 Vine Street
Murray, UT 84107
russmark@gmail.com
*Pro Se*

                /s/ Iris Pittman
                Paralegal