Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Neil R. Sarin (USB# 9248) nsarin@slco.org
Jennifer Bailey (USB# 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Russell G. Greer, et al. | REQUEST TO SUBMIT FOR DECISION: |
| Plaintiffs, | SALT LAKE COUNTY DEFENDANTS' |
| v. | MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| Gary R. Herbert, et al. | |
| Defendants. | Case No. 2:16-cv-01067 |
| | Magistrate Judge: Dustin B. Pead |

Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga (collectively "County Defendants"), by and through their undersigned counsel, and pursuant to DUCivR 7-3, hereby requests that their Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief (Doc. No. 18) ("County Defendants' Motion") be submitted for decision.

The County Defendants' Motion was filed and served on December 27, 2016. Plaintiff Russell Greer ("Plaintiff") filed his memorandum in opposition on January 27, 2017. (Docket No. 29). The County Defendants filed their reply memorandum on February 17, 2017. (Docket

No. 30).  Without leave of court,[1] Plaintiff filed a surreply,[2] amended complaint, and request for hearing on February 28, 2017 (entitled "Plaintiff's Response and Memorandum in Opposition to County Defendants' Reply Memorandum, Amended Complaint with Exhibits and Request for Hearing").  (Docket No. 31).  Plaintiff has requested a hearing.

Accordingly, the County Defendants' Motion is now ripe for submission and decision by the Court.

Respectfully submitted this 6th day of March 2017.

SIM GILL
Salt Lake County District Attorney

/s/ NEIL R. SARIN
NEIL R. SARIN
JENNIFER BAILEY
Deputy District Attorney
*Attorney for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

---

[1] County Defendants share the Court's confusion on Plaintiff's filing of a surreply and amended complaint without leave of court.

[2] Plaintiff concedes that his main quarrel is with the State of Utah and considers his opposition (Doc. No. 29) to the State's motion only, and not to the County Defendants' motion.  (*See* Doc No. 31 at 2).  As such, the County Defendants request dismissal of all claims against them.  (*See Id.*).

## CERTIFICATE OF SERVICE

I certify that on this 6th day of March, 2017 a true and correct copy of the foregoing

Request to Submit for Decision: Salt Lake County Defendants' Motion to Dismiss Plaintiffs'

Complaint for Declaratory and Injunctive Relief was electronically filed with the Clerk of Court

using the CM/ECF system and mailed to the following:

David N. Wolf
Gregory M. Soderberg
UTAH ATTORNEY GENERAL'S OFFICE
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

Catherine L. Brabson
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
*Attorney for Defendants Jackie Biskupski and James Allred*

Was sent by e-mail and first class mail, postage prepaid, to the following:

Russell Greer
689 Vine Street
Murray, UT 84107
russmark@gmail.com
*Pro Se*

/s/ Iris Pittman
Paralegal

3