# EXHIBIT 1

Plaintiff's DBA registration, dated December 28, 2015.