DAVID N. WOLF (6688)
GREG SODERBERG (14016)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@utah.gov
E-mail: gmsoderberg@utah.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER, et al, <br><br> Plaintiff, <br><br> v. <br><br> GARY R. HERBERT, et al, <br><br> Defendants. | *ERRATA* TO <br><br> **RESPONSIVE SUPPLEMENTAL MEMORANDUM REGARDING STANDING AND RIPENESS** <br><br> Case No. 2:16-cv-01067-DBP <br><br> Magistrate Judge Dustin B. Pead |

Defendants' counsel erroneously filed Exhibit 1 to Responsive Supplemental Memorandum Regarding Standing and Ripeness (Doc. 39-1) without Plaintiff's DBA registration attached to the cover page. Defendants' counsel has corrected the error to Exhibit 1. Attached hereto is the corrected Exhibit 1.

DATED:  May 19, 2017.

                              OFFICE OF THE UTAH ATTORNEY GENERAL

                              /s/ Greg Soderberg
                              DAVID N. WOLF
                              GREG SODERBERG
                              Assistant Utah Attorneys General
                              *Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of May, 2017 a true and correct copy of the foregoing *ERRATA* **TO RESPONSIVE SUPPLEMENTAL MEMORANDUM REGARDING STANDING AND RIPENESS** was electronically filed using the CM/ECF system and e-mailed to the following:

Jennifer Bailey
Neil R. Sarin
SALT LAKE COUNTY DISTRICT ATTORNEY'S OFFICE
Email: jenbailey@slco.gov
Email: nsarin@slco.org
*Attorney for Defendants Sim S. Gill, Ben McAdams, and Rolen Yoshinaga*

Catherine L. Brabson
SALT LAKE CITY CORPORATION
Email: Catherine.Brabson@slcgov.com
*Attorney for Defendants Jackie Biskupski and James Allred*

was sent via e-mail and first class mail, postage prepaid, to the following:

Russell Greer
1450 South West Temple, Apt D206
Salt Lake City, Utah 84115
Email: russmark@gmail.com
*Pro Se*

                                                  /s/ Valerie Valencia
                                                  Paralegal