# EXHIBIT 1

Plaintiff's DBA registration, dated December 28, 2015.



**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

File Number 9643318

# Business Name Registration / DBA Application

¹ Adding or removing an Applicant/Owner will affect it's status as a General Partnership or Sole Proprietorship you must submit a Registration Information Change Form*
*If you want a new name (adding or changing the existing name), a new DBA filing is required*

**BUSINESS INFORMATION**
1. Requested Business Name   The Mile High Neon
2. Purpose of the Business   Sexual services, companionship We find that UT 76-10-1301 is an old, if not invalidated law
3. by supreme court rulings like Lawrence v Texas (prostitution laws called into question by Justice Scalia) Therefore we apply to register a brothel
4. Business address   851 Edison St Apt A   Salt Lake City   UT   84111
   Street Address   City   State   Zip

**REGISTERED AGENT (Required Information)**
4a. RUSSELL Godfrey Greer   4b 801-616-1067
    Print the Registered Agent Name   Daytime Phone Number

4d 851 Edison St Apt A   Salt Lake City   UTAH   84111
   Street Address ONLY   City   State   Zip

---

**INFORMATION ABOUT YOU THE APPLICANT/OWNER**

I   If the applicant/owner is a business, the business entity must be in good standing and incorporated,
II  registered or qualified in the state of Utah
    When transferring ownership, a letter of transfer must be attached

---

5. APPLICANT/OWNER INFORMATION

   Is the applicant/owner a registered business in the state of Utah? No

   [ ] Check this box if the name of the registered agent listed above is also the applicant/owner If box is not checked please complete 5a through 5c
   
   5a. RUSSELL Godfrey Greer   5b. RUSSELL Godfrey Greer Applicant
       Print Person or Business Name   Signature and Title of Applicant/Owner
   5c  851 Edison St Apt A   Salt Lake City   UT   84111
       Address   City   State   Zip



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 28, December 2015 in the office of the Division and hereby issues this Certification thereof

*Kathy Berg*

KATHY BERG
Division Director

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity
WARNING  The filing of this application and its approval by the Division does not authorize the use in the state of Utah of an assumed name in violation of the rights of another under federal, state, or common law (U C A Section 42-2-5 Et seq) *When approved the DBA is registered for 3 years