IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**GARY R. HERBERT, in his official capacity as Governor of the State of Utah, SEAN D. REYES, in his official capacity as Attorney General of the State of Utah, SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake, JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake, BEN MCADAMS, in his official capacity as Mayor of the County of Salt Lake, KATHY BERG, in her official capacity as Director of the Division of Commerce, JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake, ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development for the County of Salt Lake,**<br><br>      **Defendants.** | **RULING & ORDER**<br><br>**Case No. 2:16-cv-01067-DAK-DBP**<br><br>**Magistrate Judge Dustin B. Pead** |

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiff Russell Greer moves to supplement his complaint in order to: (1) "address the amended code sections that have materialized since the filing of the Complaint"; and (2) add a claim for vagueness. (ECF No. 44.)

Federal Rule of Civil Procedure 15(d) states:

> On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

Fed. R. Civ. P. 15(d). Greer has not attached a copy of his proposed amended complaint to his motion, making it difficult for both Defendants and the court to fully discern the basis and scope of the supplementation. Accordingly, the court orders as follows:

1. Within ten (10) days from the date of this Order, Plaintiff shall file a copy of his proposed amended complaint on the court docket as an Exhibit to his pending motion to amend; and

2. Defendants shall have an additional ten (10) days after Plaintiff files a copy of his proposed pleading to respond and/or supplement their response (ECF No. 45) to Greer's motion to amend. (ECF No. 44.)

SO ORDERED this 28th day June, 2017.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge