Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Jacque M. Ramos (USB #10720) jmramos@slco.org
Jennifer Bailey (USB# 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Russell G. Greer,<br><br>  Plaintiff,<br>v.<br><br>Gary R. Herbert, et al.<br><br>  Defendants. | Case No. 2:16-cv-01067<br><br>SUBSTITUTION OF COUNSEL<br><br>Magistrate Judge: Dustin B. Pead |
|---|---|

Jacque M. Ramos, on behalf of the named Defendants Sim Gill, Ben McAdams, and Rolen Yoshinaga in her respective capacity as Deputy District Attorney for Salt Lake County, hereby gives notice to the Court and the parties of her substitution of counsel in this matter for County Defendants, in place of attorney Neil R. Sarin (USB #9248).

Attorney Ramos hereby verifies that she is aware of, and will comply with, all pending deadlines in this matter, and respectfully requests that the Court, the parties, and their respective counsel take such notice and ensure that all pleadings and correspondence regarding the above-captioned matter be mailed, or electronically served to her, at the address above.

Respectfully submitted this 11th day of August, 2017.

Sim Gill
SALT LAKE COUNTY DISTRICT ATTORNEY

/s/ Jacque M. Ramos
Jacque M. Ramos
Deputy District Attorney

/s/ Neil S. Sarin
Neil S. Sarin
Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2017, a true and correct copy of the foregoing Notice of Substitution of Counsel for Defendants Sim Gill, Ben McAdams, and Rolen Yoshinaga was electronically filed with the clerk of the court utilizing the CM/ECF system, which automatically sent notification of such filing to the following:

David N. Wolf
Gregory M. Soderberg
UTAH ATTORNEY GENERAL'S OFFICE
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

Catherine L. Brabson
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
*Attorney for Defendants Jackie Biskupski and James Allred*

I further certify that notification was sent by U.S. Mail first class, postage prepaid, with a courtesy copy sent by e-mail to the following:

Russell Greer
1450 South West Temple, Apt. D206
Salt Lake City, UT  84115
russmark@gmail.com
*Pro Se*

/s/ Iris Pittman
Paralegal