Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
David M. Quealy (USB# 12379) dquealy@slco.org
Jennifer Bailey (USB# 14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Russell G. Greer,<br><br>                Plaintiff,<br>v.<br><br>Gary R. Herbert, et al.<br><br>                Defendants. | SALT LAKE COUNTY DEFENDANTS' JOINDER IN THE STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure and Rule 7-1(a)(4) of the Local Civil Rules for the District of Utah, Defendants Rolen Yoshinaga, Ben McAdams and Sim Gill (collectively "County Defendants") adopt by reference the arguments advanced in the State Defendant's Supplemental Response to Plaintiff's Motion for Leave to file Supplemental Complaint (Doc. 48) ("Supplemental Memorandum") filed by the Defendants Governor Gary R. Herbert, Attorney General Sean D. Reyes, and Kathy Berg, Division Director of the Divisions of Corporation and Commercial Code. The County Defendants also hereby join in the points and authorities raised in the Supplemental Memorandum. *See* Fed R.

Civ P. 10(c) and DUCivR 7-1(a)(4). Based on those arguments and authorities, the Plaintiff's Motion for Leave to File Supplemental Complaint should be denied.

Respectfully submitted this 29th day of August 2017.

        SIM GILL
        Salt Lake County District Attorney

        /s/ David M. Quealy
        DAVID M. QUEALY
        JENNIFER BAILEY
        Deputy District Attorney
        *Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2017 a true and correct copy of the foregoing Salt Lake County Defendants' Joinder in State Defendants' Response to Plaintiff's Motion for Leave to file Supplemental Complaint was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sent notification of such filing to the following:

    David N. Wolf
    Gregory M. Soderberg
    UTAH ATTORNEY GENERAL'S OFFICE
    P.O. Box 140856
    160 East 300 South, 6th Floor
    Salt Lake City, UT 84114-0856
    *Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

    Catherine L. Brabson
    SALT LAKE CITY CORPORATION
    P.O. Box 145478
    451 South State Street, Suite 505A
    Salt Lake City, Utah 84114-5478
    *Attorney for Defendants Jackie Biskupski and James Allred*

I further certify that notification was sent by U.S. Mail first class, postage prepaid, with a courtesy copy sent by e-mail to the following:

    Russell Greer
    1450 South West Temple, Apt. D206
    Salt Lake City, UT 84115
    russmark@gmail.com
    *Pro Se*

    /s/ Iris Pittman
    Paralegal