Sim Gill (USB #6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
David M. Quealy (USB #12379) dquealy@slco.org
Jennifer Bailey (USB #14121) jenbailey@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams, and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Russell G. Greer, et al.<br><br>Plaintiffs,<br>v.<br><br>Gary R. Herbert, et al.<br><br>Defendants. | SALT LAKE COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SUPPLEMENTAL COMPLAINT<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |
|---|---|

Defendants, Salt Lake County District Attorney Sim Gill, Salt Lake County Mayor Ben McAdams, and Rolen Yoshinaga, Director of Salt Lake County Planning and Development Services (collectively "County Defendants"), by and through their undersigned counsel, submit this Reply in Support of Salt Lake County's Motion to Dismiss Plaintiff's Supplemental Complaint for Declaratory and Injunctive Relief (Doc. 60) ("County's Motion to Dismiss).

The County filed its Motion to Dismiss on October 3, 2017. (Doc. 60). Plaintiff had twenty-eight days—until October 31, 2017—to respond to the County's Motion to Dismiss. DUCivR 7-1(b)(3)(A). Plaintiff did not file an opposition to the County's Motion to Dismiss and the time for doing so has now passed. Thus, the County's Motion to Dismiss should be

considered unopposed and the Motion granted for the reasons articulated in the County's motion papers (Doc. 60). *See* DUCivR 7-1(d) ("[f]ailure to respond timely to a motion may result in the court's granting the motion without further notice"); *Masero v. Mortgage Elec. Registration Sys.*, No. 1:10-CV-132 TS, 2010 U.S. Dist. LEXIS 128564, *1 (D. Utah Dec. 2, 2010) (granting motion to dismiss as unopposed pursuant to DUCivR 7-1(d)).

Moreover, Greer's "Opposition Motion re State Defendants' Motion to Dismiss and Memorandum in Support" (Doc. 61) ("Opposition to the State's Motion") cannot be considered an opposition to the County's Motion to Dismiss. First, Plaintiff's Opposition to the State's Motion does not even reference "Salt Lake County," "Sim," "Gill," "Ben," "McAdams," "Rolen," or "Yoshinaga"—terms that would identify the County Defendants—but repeatedly references the "State" in an indication the opposition is not directed toward the County Defendants.[1]

Second, the Notice of Electronic Filing for Plaintiff's Opposition to the State's Motion specifically states that the document is an opposition to "[57]," which is the docket entry number for the State Defendants' Motion to Dismiss Supplemental Complaint. It does not mention Document 60, which is the County's Motion to Dismiss.

Finally, the Plaintiff's Opposition to the State's Motion does not address the substance of the County's Motion to Dismiss, including but not limited to, the County's arguments that Plaintiff lacks standing to bring his claims against the County Defendants and that his claims against the County Defendants are not ripe.

---

[1] On Page 24 of 38, Plaintiff does include the term "County of Salt Lake," but that is simply a mistaken reference to a 2012 study conducted by the *City of South Salt Lake* to evaluate the secondary effects of sexually oriented businesses. Opposition to State's Motion (Doc. 61). It is not a reference to Salt Lake County.

Consequently, the County Defendants respectfully request that the Court grant their Motion to Dismiss Plaintiff's Supplemental Complaint (Doc. 60) as unopposed and for the reasons set forth in their motion and memorandum. *See* DUCivR 7-1(d). Moreover, because the County's Motion to Dismiss is unopposed, there is no good cause to hold oral argument and the motion should be decided on the basis of the written memoranda. *See* DUCivR 7-1(f).

Respectfully submitted this 7th day of November 2017

    SIM GILL
    Salt Lake County District Attorney

    /s/ David M. Quealy
    DAVID M. QUEALY
    JENNIFER BAILEY
    Deputy District Attorney
    *Attorney for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of November, 2017 a true and correct copy of the foregoing SALT LAKE COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SUPPLEMENTAL COMPLAINT was electronically filed with the Clerk of Court using the CM/ECF system, which sent notice to the following:

David N. Wolf
Gregory M. Soderberg
UTAH ATTORNEY GENERAL'S OFFICE
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

Catherine L. Brabson
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
*Attorney for Defendants Jackie Biskupski and James Allred*

The following individuals received service via first class mail, postage prepaid, addressed to:

Russell Greer
689 Vine Street
Murray, UT 84107
*Pro Se*

/s/ Iris Pittman
Paralegal