Catherine L. Brabson (#6500)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone:   (801) 535-7788
Facsimile:   (801) 535-7640
Catherine.Brabson@slcgov.com

*Attorney for Defendants Jackie Biskupski and James Allred*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARY R. HERBERT, in his individual capacity as Governor of the State of Utah; SEAN D. REYES, in his official capacity as Attorney General of the State of Utah; SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake; JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake, BEN MCADAMS, in his official capacity as Mayor of the Count of Salt Lake, KATHY BERG, in her official capacity as Director of the Division of Commerce; JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake; ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development of the County of Salt Lake,<br><br>　　　　　Defendants. | **REQUEST TO SUBMIT FOR DECISION RE DEFENDANTS BISKUPSKI AND ALLRED'S MOTION TO DISMISS SUPPLEMENTAL COMPLAINT FOR FAILURE TO STATE A CLAIM AND MEMORANDUM IN SUPPORT**<br><br>Case No. 2:16-cv-01067<br><br>Judge Dustin B. Pead |

Pursuant to DUCivR 7-3, Defendants Jackie Biskupski and James Allred in their official capacity (collectively the "City Defendants") hereby submit for decision their Motion to Dismiss Plaintiff's Supplemental Complaint for Failure to State a Claim and Memorandum in Support. The City Defendants filed their Motion to Dismiss and Memorandum in Support on September 26, 2017 (Dkt. No. 56). Plaintiff did not file an opposition pleading and the time for doing so has expired. The City Defendants do not request a hearing on their motion.

DATED this 7th day of November, 2017.

    /s/   Catherine L. Brabson
CATHERINE L. BRABSON
*Attorney for Defendants Jackie Biskupski and James Allred*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of November, 2017, a true and correct copy of the **REQUEST TO SUBMIT FOR DECISION RE DEFENDANTS BISKUPSKI AND ALLRED'S MOTION TO DISMISS SUPPLEMENTAL COMPLAINT FOR FAILURE TO STATE A CLAIM AND MEMORANDUM IN SUPPORT** was electronically filed with the Court using the CM/ECF system, which sent notice to the following:

Gregory M. Soderberg
David N. Wolf
UTAH ATTORNEY GENERAL'S OFFICE
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
gmsoderberg@agutah.gov
dnwolf@agutah.gov
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

David M. Quealy
Jennifer Bailey
SALT LAKE COUNTY DISTRICT ATTORNEY'S OFFICE
2001 South State Street, Suite S3-600
Salt Lake City, UT 84190
dquealy@slco.org
jenbailey@slco.gov
*Attorney for Defendants Sim S. Gill, Ben McAdams, and Rolen Yoshinaga*

was sent via email and first class mail, postage prepaid, to the following:

Russell Greer
1450 South West Temple, # D 206
Salt Lake City, UT 84115
russmark@gmail.com
*Plaintiff pro se*

                                  /s/   Lindsay Ross

HB #65346