Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Jacque M. Ramos (USB #10720) jmramos@slco.org
Jennifer Bailey (USB# 14121) jenbailey@slco.org
David M. Quealy (USB# 12379 dquealy@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Russell G. Greer,<br><br>                Plaintiff,<br>v.<br><br>Gary R. Herbert, et al.<br><br>                Defendants. | Case No. 2:16-cv-01067<br><br>SUBSTITUTION OF COUNSEL<br><br>Magistrate Judge:  Dustin B. Pead |

      Jacque M. Ramos, on behalf of the named Defendants Sim Gill, Ben McAdams, and Rolen Yoshinaga in her respective capacity as Deputy District Attorney for Salt Lake County, hereby gives notice to the Court and the parties of her substitution of counsel in this matter for County Defendants, in place of attorneys David M. Quealy (USB #12379) and Jennifer Bailey (USB# 14121).

      Attorney Ramos hereby verifies that she is aware of, and will comply with, all pending deadlines in this matter, and respectfully requests that the Court, the parties, and their respective

counsel take such notice and ensure that all pleadings and correspondence regarding the above-captioned matter be mailed, or electronically served to her, at the address above.

Respectfully submitted this 21st day of February, 2018.

        Sim Gill
        SALT LAKE COUNTY DISTRICT ATTORNEY

        /s/ Jacque M. Ramos
        Jacque M. Ramos
        Deputy District Attorney

        /s/ David M. Quealy
        David M. Quealy
        Deputy District Attorney

        /s/ Jennifer Bailey
        Jennifer Bailey
        Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2018, a true and correct copy of the foregoing Notice of Substitution of Counsel for Defendants Sim Gill, Ben McAdams, and Rolen Yoshinaga was electronically filed with the clerk of the court utilizing the CM/ECF system, which automatically sent notification of such filing to the following:

    David N. Wolf
    Gregory M. Soderberg
    UTAH ATTORNEY GENERAL'S OFFICE
    P.O. Box 140856
    160 East 300 South, 6th Floor
    Salt Lake City, UT 84114-0856
    *Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

    Catherine L. Brabson
    SALT LAKE CITY CORPORATION
    P.O. Box 145478
    451 South State Street, Suite 505A
    Salt Lake City, Utah 84114-5478
    *Attorney for Defendants Jackie Biskupski and James Allred*

I further certify that notification was sent by U.S. Mail first class, postage prepaid, with a courtesy copy sent by e-mail to the following:

    Russell Greer
    3306 E. Del Verde Ave
    SLC, UT 84109-4118
    *Pro Se*
    russmark@gmail.com

                                            /s/ Iris Pittman
                                            Paralegal