DAVID N. WOLF (6688)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@utah.gov

*Counsel for State Defendants*

---

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER; and TRICIA CHRISTIE,<br><br>Plaintiffs,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of the State of Utah; SEAN D. REYES, in his official capacity as Attorney General of the State of Utah; SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake; JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake; BEN McADAMS, in his official capacity as Mayor of the County of Salt Lake; KATHY BERG, in her official capacity as Director of the Division of Commerce; JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake; ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development for the County of Salt Lake,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br>Case No. 2:16-cv-01067-DBP<br><br>Magistrate Judge Dustin B. Pead |

2

Notice is hereby given that Greg Soderberg, Assistant Attorney General, hereby withdraws as counsel on behalf of Defendants Sean Reyes, Gary Herbert and Kathy Berg ("State Defendants").  The State Defendants continue to be represented by David N. Wolf, Assistant Attorney General, and therefore this Notice of Withdrawal will not leave State Defendants without representation.

DATED: February 23, 2018.

                OFFICE OF THE UTAH ATTORNEY GENERAL

                /s/ David N. Wolf
                DAVID N. WOLF
                Assistant Utah Attorney General
                *Counsel for State of Utah*

## CERTIFICATE OF MAILING

     I certify that on February 23, 2018, I electronically filed the foregoing, **Notice of Withdrawal of Counsel**, using the Court's electronic filing system and I also certify that a true and correct copy of the foregoing was sent by e-mail, to the following:

Russell Greer
689 Vine Street
Murray, UT 84107
E-mail: russmark@gmail.com
*Pro Se Litigant*

                                            */s/ Mohamed I. Abdullahi*
                                            Legal Secretary