Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Jacque M. Ramos (USB #10720) jmramos@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
2001 South State Street, Room S3-600
Salt Lake City, Utah 84190
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Russell G. Greer,<br><br>Plaintiff,<br>v.<br><br>Gary R. Herbert, et al.<br><br>Defendants. | NOTICE OF ADDRESS CHANGE<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

Notice is hereby given that effective March 12, 2018, the street address for Counsel for, Salt Lake County, James Winder and Wellcon, Inc. has been changed to the following.

Salt Lake County District Attorney's Office
35 East 500 South
Salt Lake City, UT 84111

All attorney emails and phone numbers will remain the same.

Dated this 19th day of March, 2018.

        Sim Gill
        SALT LAKE COUNTY DISTRICT ATTORNEY

        /s/ Jacque M. Ramos
        Jacque M. Ramos
        Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2018, a true and correct copy of the foregoing Notice of Address Change was electronically filed with the clerk of the court utilizing the CM/ECF system, which automatically sent notification of such filing to the following:

    David N. Wolf
    Gregory M. Soderberg
    UTAH ATTORNEY GENERAL'S OFFICE
    P.O. Box 140856
    160 East 300 South, 6th Floor
    Salt Lake City, UT 84114-0856
    *Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

    Catherine L. Brabson
    SALT LAKE CITY CORPORATION
    P.O. Box 145478
    451 South State Street, Suite 505A
    Salt Lake City, Utah 84114-5478
    *Attorney for Defendants Jackie Biskupski and James Allred*

I further certify that notification was sent by U.S. Mail first class, postage prepaid, with a courtesy copy sent by e-mail to the following:

    Russell Greer
    3068 W. Mark Ave
    West Valley City, UT 84119-2710 *Pro Se*
    russmark@gmail.com

                                      /s/ Iris Pittman
                                      Paralegal