Sim Gill (USB# 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Jacque M. Ramos (USB# 10720) jmramos@slco.org
Deputy District Attorneys
Salt Lake County District Attorney's Office
35 East 500 South
Salt Lake City, Utah 84111
Telephone: 385.468.7700
Facsimile: 385.468.7800
*Attorneys for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Russell G. Greer, et al.<br><br>Plaintiffs,<br>v.<br><br>Gary R. Herbert, et al.<br><br>Defendants. | REQUEST TO SUBMIT FOR DECISION:<br><br>SALT LAKE COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF<br><br>Case No. 2:16-cv-01067<br><br>Magistrate Judge: Dustin B. Pead |

Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga (collectively "County Defendants"), by and through their undersigned counsel, and pursuant to DUCivR 7-3, hereby request that their Motion to Dismiss Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief ("County's Motion to Dismiss") (Doc. No. 60) be submitted for decision.

The County's Motion to Dismiss was filed and served on October 3, 2017 (Docket No. 60.). Plaintiff did not file an Opposition to County's Motion.[1] Out of an abundance of caution, the County Defendants filed a reply memorandum on November 7, 2017, to make clear that no opposition had been filed to County's Motion to Dismiss. (Docket No. 63.)

Accordingly, the County Defendants' Motion is now ripe for submission and decision by the Court.

Respectfully submitted this 13th day of April 2018.

    SIM GILL
    Salt Lake County District Attorney

    /s/ JACQUE M. RAMOS
    JACQUE M. RAMOS
    Deputy District Attorney
    *Attorney for Defendants Sim Gill, Ben McAdams and Rolen Yoshinaga*

---

[1] On October 24, 2017, Plaintiff filed his Opposition Motion re State Defendants' Motion to Dismiss and Memorandum in Support (Dkt. 61) and on November 8, 2017, Plaintiff filed Plaintiff's Response and Memorandum in Opposition to State Defendant's Reply Memorandum (Dkt. 65).

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April, 2018 a true and correct copy of the foregoing Request to Submit for Decision: Salt Lake County Defendants' Motion to Dismiss Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief was electronically filed with the Clerk of Court using the CM/ECF system and mailed to the following:

David N. Wolf
UTAH ATTORNEY GENERAL'S OFFICE
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

Catherine L. Brabson
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
*Attorney for Defendants Jackie Biskupski and James Allred*

Was sent by e-mail and first class mail, postage prepaid, to the following:

Russell Greer
3068 W. Mark Ave
West Valley City, UT 84119-2710
russmark@gmail.com
*Pro Se*

/s/ Iris Pittman
Paralegal

3