# United States District Court

District of Utah

RUSSELL G. GREER,

Plaintiff

v.

GARY R. HERBERT,

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-01067

IT IS ORDERED AND ADJUDGED that Plaintiff's Amended Complaint is dismissed with prejudice.

May 8, 2018

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge