Russell Greer
3068 West Mark Ave
West Valley City, UT 84119
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
U.S. DISTRICT COURT

2018 MAY 22  A 11: 45

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S NOTICE OF APPEAL** |
| Plaintiff | |
| v. | Case No.: 2:16-cv-01067-DBP |
| **GARY R. HERBERT**, in his official capacity as Governor of the State of Utah; **SEAN D. REYES**, in his official capacity as Attorney General of the State of Utah; **SIM S. GILL**, in his official capacity as District Attorney of the City and County of Salt Lake; **JACKIE BISKUPSKI**, in her official capacity as Mayor of the City of Salt Lake; **BEN McADAMS**, in his official capacity as Mayor of the County of Salt Lake; **KATHY BERG**, in her official capacity as Director of the Division of Commerce; **JAMES ALLRED**, in his official capacity as Business Licensing Manager for the City of Salt Lake; **ROLEN YOSHINAGA**, in his official capacity as Director of Planning and Development for the County of Salt Lake, | Magistrate Judge Dustin B. Pead |
| Defendants | |

1

Notice is hereby given that Russell Greer, Plaintiff in the above named case, hereby appeals to the United States Tenth Circuit Court of Appeals from the final judgment entered in this action on May 8th, 2018 (Dkt. 74). Respectfully submitted.

/rgreer/
05/21/2018
Pro Se Litigant

## CERTIFICATE OF SERVICE:

I certify that on May 21st, 2018, a true and correct copy of PLAINTIFF'S NOTICE OF APPEAL was emailed to the following:

    David Wolf, Assistant Attorney General and Counsel to State Defendants Berg, Herbert & Reyes.
        dnwolf@agutah.gov

    Jackie Ramos: Counsel for County Defendants Gill, McAdams & Yoshinaga. jmramos@slco.org

    Catherine Brabson, Counsel for City Defendants Allred and Biskupski
    Catherine.Brabson@slcgov.com