# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

May 23, 2018

Russell G. Greer
3306 E Del Verde Ave
Salt Lake City, UT 84109

RE:    NOTICE OF APPEAL
        Greer v. Herbert et al
        Plaintiff/Appellant  Defendant/Appellee
        Lower Docket: 2:16cv1067 DBP

Dear Appellant:

    Attached are the following documents in connection with the Notice of Appeal filed in the above captioned case:

        Copy of the Notice of Appeal (filed 5/22/2018)
        Copy of the Docket Sheet
        Order or Judgment being appealed from

    The record on appeal will be transmitted to the Court of Appeals at a later date in accordance with the Rules of Court for the U.S. Court of Appeals for the 10th Circuit.  This case contains sealed documents.

Sincerely,

D. Mark Jones, Clerk

By: /s/

Lynsie Severnak
Deputy Clerk

DMJ:
**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Judge Dustin B. Pead
Court Reporter: None
Counsel of Record
District: 1088
Fee Status: IFP Pending