APPEAL,CLOSED,CONMAGTRL,LODGE_DOC,OPEN_MJ,PROSE

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:16−cv−01067−DBP

Greer et al v. Herbert et al
Assigned to: Magistrate Judge Dustin B. Pead
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 10/18/2016
Date Terminated: 05/08/2018
Jury Demand: None
Nature of Suit: 950 Constitutional − State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Russell G. Greer**   represented by   **Russell G. Greer**
3306 E DEL VERDE AVE
SALT LAKE CITY, UT 84109
(801)895−3501
PRO SE

V.

**Defendant**

**Gary R. Herbert**   represented by   **David N. Wolf**
*in his official capacity as Governor of the State of Utah*
UTAH ATTORNEY GENERAL'S OFFICE (160−6−140856)
LITIGATION UNIT
160 E 300 S 6TH FL
PO BOX 140856
SALT LAKE CITY, UT 84114−0856
(801)366−0100
Email: dnwolf@agutah.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Soderberg**
OFFICE OF THE UTAH ATTORNEY GENERAL
160 E 300 S SIXTH FLOOR
PO BOX 140856
SALT LAKE CITY, UT 84114−0856
(801)360−0100
Email: gsoderberg@agutah.gov
*TERMINATED: 03/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean D. Reyes**   represented by   **David N. Wolf**
*in his official capacity as Attorney*
(See above for address)

*General of the State of Utah* | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Soderberg**
(See above for address)
*TERMINATED: 03/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sim S. Gill**
*in his official capacity as District Attorney of the City and County of Salt Lake*

represented by **David M. Quealy**
WEST JORDAN CITY ATTORNEY'S OFFICE
8000 S REDWOOD RD
WEST JORDAN, UT 84088
(801)569–5042
Email: dquealy@slco.org
*TERMINATED: 02/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacque M. Ramos**
SALT LAKE COUNTY DISTRICT ATTORNEY'S OFFICE
35 E 500 S
SALT LAKE CITY, UT 84111
(385)468–7785
Email: jmramos@slco.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Bailey**
SALT LAKE COUNTY DISTRICT ATTORNEY'S OFFICE
35 E 500 S
SALT LAKE CITY, UT 84111
(385)468–7817
Email: jenbailey@slco.org
*TERMINATED: 02/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil R. Sarin**
SALT LAKE COUNTY DISTRICT ATTORNEY'S OFFICE
35 E 500 S
SALT LAKE CITY, UT 84111
(385)468–7785
*TERMINATED: 08/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jackie Biskupski**
*in her official capacity as Mayor of the City of Salt Lake*

represented by **Catherine L. Brabson**
SALT LAKE CITY ATTORNEYS OFFICE
PO BOX 145478
451 S STATE ST STE 505
SALT LAKE CITY, UT 84114–5478
(801)535–7788
Email: Catherine.Brabson@slcgov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ben McAdams**
*in his official capacity as Mayor of the County of Salt Lake*

represented by **David M. Quealy**
(See above for address)
*TERMINATED: 02/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacque M. Ramos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Bailey**
(See above for address)
*TERMINATED: 02/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil R. Sarin**
(See above for address)
*TERMINATED: 08/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathy Berg**
*in her official capacity as Director of the Division of Commerce*

represented by **David N. Wolf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Soderberg**
(See above for address)
*TERMINATED: 03/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**James Allred**
*in his official capacity as Business Licensing Manager for the City of Salt Lake*

**Catherine L. Brabson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rolen Yoshinaga**
*in his official capacity as Director of Planning and Development for the County of Salt Lake*

represented by **David M. Quealy**
(See above for address)
*TERMINATED: 02/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacque M. Ramos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Bailey**
(See above for address)
*TERMINATED: 02/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil R. Sarin**
(See above for address)
*TERMINATED: 08/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/18/2016 | 1 | | COMPLAINT against James Allred, Kathy Berg, Jackie Biskupski, Sim S. Gill, Gary R. Herbert, Ben McAdams, Sean D. Reyes, Rolen Yoshinaga (Filing fee $ 400, receipt number 4681074304) (Fee Status: Paid) filed by Russell G. Greer. (Attachments: # 1 Civil Cover Sheet 1) Assigned to Magistrate Judge Dustin B. Pead (mms) (Entered: 10/18/2016) |
| 12/01/2016 | 2 | | MOTION to allow proof of service to be filed with the court without original summons pursuant to FRCP 4 filed by Plaintiff Russell G. Greer. (kpf) (Entered: 12/01/2016) |
| 12/01/2016 | 3 | | NOTICE of Appearance by David N. Wolf on behalf of Kathy Berg, Gary R. Herbert, Sean D. Reyes (Wolf, David) (Entered: 12/01/2016) |
| 12/01/2016 | 4 | | NOTICE of Appearance by Gregory M. Soderberg on behalf of Kathy Berg, Gary R. Herbert, Sean D. Reyes (Soderberg, Gregory) (Entered: 12/01/2016) |
| 12/01/2016 | 5 | | NOTICE of Appearance by Neil R. Sarin on behalf of Sim S. Gill, Ben McAdams, Rolen Yoshinaga (Sarin, Neil) (Entered: 12/01/2016) |
| 12/01/2016 | 6 | | MOTION for Extension of Time to File Answer re 1 Complaint, filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Attachments: # 1 Text of Proposed Order Order Granting Extension of Time to Respond to |

| | | | |
|---|---|---|---|
| | | | Plaintiffs' Complaint)(Sarin, Neil) (Entered: 12/01/2016) |
| 12/01/2016 | 7 | | NOTICE of Appearance by Jennifer Bailey on behalf of Sim S. Gill, Ben McAdams, Rolen Yoshinaga (Bailey, Jennifer) (Entered: 12/01/2016) |
| 12/01/2016 | 8 | | Defendant's MOTION for Extension of Time to respond to Plaintiff's Complaint filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Attachments: # 1 Text of Proposed Order)(Wolf, David) Modified on 12/2/2016 by changing motion type to Motion for Extension of time to File Answer (las). (Entered: 12/01/2016) |
| 12/02/2016 | 9 | | ORDER granting 6 Motion for Extension of Time to Answer re 1 Complaint,. Answer deadline updated for Sim S. Gill answer due 12/7/2016; Ben McAdams answer due 12/7/2016; Rolen Yoshinaga answer due 12/7/2016. Signed by Magistrate Judge Dustin B. Pead on 12/1/2016. (las) (Entered: 12/02/2016) |
| 12/02/2016 | 10 | | ORDER granting 8 Motion for Extension of Time to Answer re 1 Complaint,. Answer deadline updated for Kathy Berg answer due 12/27/2016; Gary R. Herbert answer due 12/27/2016; Sean D. Reyes answer due 12/27/2016. Signed by Magistrate Judge Dustin B. Pead on 12/2/2016. (las) (Entered: 12/02/2016) |
| 12/12/2016 | 11 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants James Allred, Jackie Biskupski. Attorney Catherine L. Brabson added to party James Allred(pty:dft), Attorney Catherine L. Brabson added to party Jackie Biskupski(pty:dft)(Brabson, Catherine) (Entered: 12/12/2016) |
| 12/12/2016 | 12 | | NOTICE – This case is assigned to a magistrate judge. To consent or request reassignment, use the form on this link or use the included form for non–efilers and send it to consents@utd.uscourts.gov within 15 days or mail to the court with *Attention: Consent Clerk* on the envelope. Notice e–mailed or mailed to Defendants James Allred, Kathy Berg, Jackie Biskupski, Sim S. Gill, Gary R. Herbert, Ben McAdams, Sean D. Reyes, Rolen Yoshinaga, Plaintiff Russell G. Greer. Form due by 12/27/2016. (las) (Entered: 12/12/2016) |
| 12/12/2016 | 13 | | NOTICE OF ADR, e–mailed or mailed to Defendants James Allred, Kathy Berg, Jackie Biskupski, Sim S. Gill, Gary R. Herbert, Ben McAdams, Sean D. Reyes, Rolen Yoshinaga, Plaintiff Russell G. Greer. (las) (Entered: 12/12/2016) |
| 12/12/2016 | 14 | | NOTICE FROM THE COURT re: Initial Scheduling<br>The court's IPT Clerk will now set the case for the Initial Pretrial Scheduling Conference (las) (Entered: 12/12/2016) |
| 12/14/2016 | 15 | | RECEIVED Consent/Reassignment Form from Defendants James Allred, Jackie Biskupski. (las) (Entered: 12/14/2016) |
| 12/19/2016 | 16 | | RECEIVED Consent/Reassignment Form from Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (las) (Entered: 12/19/2016) |
| 12/23/2016 | 17 | | Defendant's MOTION to Dismiss and Memorandum in Support filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, Gregory) (Entered: 12/23/2016) |
| 12/27/2016 | 18 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Dismiss and Memorandum in Support *Plaintiffs' Complaint for Declaratory and Injunctive Relief* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Sarin, Neil) (Entered: 12/27/2016) |
| 12/28/2016 | 19 | | NOTICE REMINDER – All parties are requested to respond within the time frame set forth in the 12 Notice of Presiding Magistrate Assignment,, pursuant to General Order 07–001. If you have already consented/objected, please disregard this notice. No judge will be informed of a party's response unless all parties have consented to the assignment of the matter to a U.S. Magistrate Judge. Unless consents from all parties are received within fifteen(15) days, the case will be randomly re−assigned to a U.S. District Judge without further notice.<br>Link to Magistrate Consent Objection form (blh) (Entered: 12/28/2016) |
| 12/28/2016 | 20 | | RECEIVED Consent/Reassignment Form from Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga (blh) (Entered: 12/28/2016) |
| 12/28/2016 | 21 | | Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants James Allred, Jackie Biskupski. (Brabson, Catherine) (Entered: 12/28/2016) |
| 12/28/2016 | 22 | | **NOTICE OF INITIAL PRETRIAL CONFERENCE:** (Notice generated by IPT Clerk)<br>The **Attorneys Planning Meeting Report** and **Proposed Scheduling Order** forms, available on the court web site at http://www.utd.uscourts.gov/documents/formpage.html, should be prepared 21 days before the Initial Pretrial Conference hearing date.<br><br>**NOTICE TO COUNSEL,** The Court *may* enter a scheduling order and vacate the hearing *if* counsel<br>(a) file a stipulated **Attorneys Planning Meeting Report**; and<br>(b) e−mail a **Proposed Scheduling Order** to ipt@utd.uscourts.gov<br>21 days before the scheduled hearing. See instructions at http://www.utd.uscourts.gov/documents/ipt.html<br><br>If counsel or the parties would like to participate by phone they must contact the IPT Clerk at least two days in advance at ipt@utd.uscourts.gov to make arrangements.<br><br>**Initial Pretrial Conference set for 2/8/2017 at 11:00 AM in Rm 8.400 before Magistrate Judge Evelyn J. Furse.** (jds) (Entered: 12/28/2016) |
| 12/30/2016 | 23 | | RECEIVED Consent/Reassignment Form from Plaintiff Russell G. Greer. (las) (Entered: 12/30/2016) |
| 12/30/2016 | 24 | | JOINT STATEMENT OF PARTIES/ CONSENT to Jurisdiction by US Magistrate Judge under 28 U.S.C. 636(c) by Defendants James Allred, Kathy Berg, Jackie Biskupski, Sim S. Gill, Gary R. Herbert, Ben McAdams, Sean D. Reyes, Rolen Yoshinaga, Plaintiff Russell G. Greer. (Attachments: # 1 Consent, # 2 Consent, # 3 Consent)(las) (Additional attachment(s) added on 1/5/2017: # 4 Signed Herbert, Reyes and Berg Consent) (las). (Entered: 12/30/2016) |
| 01/09/2017 | 25 | | MEMORANDUM in Opposition re 17 Defendant's MOTION to Dismiss and Memorandum in Support filed by Plaintiff Russell G. Greer. (rks) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/11/2017) |
| 01/13/2017 | 26 | | REPORT OF ATTORNEY PLANNING MEETING. (Attachments: # 1 Text of Proposed Order [Proposed] Scheduling Order)(Soderberg, Gregory) (Entered: 01/13/2017) |
| 01/20/2017 | 27 | | SCHEDULING ORDER: Initial Pretrial Hearing vacated. Amended Pleadings due by 8/31/2017. Joinder of Parties due by 9/29/2017. Fact Discovery due by 9/30/2017. Expert Discovery due by 1/15/2018. Motions due by 2/15/2018. Status Conference set for 2/22/2018 at 02:00 PM in Rm 7.100 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Dustin B. Pead on 1/9/2017. (las) (Entered: 01/20/2017) |
| 01/23/2017 | 28 | | REPLY to Response to Motion re 17 Defendant's MOTION to Dismiss and Memorandum in Support *of State Defendants' Motion to Dismiss* filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, Gregory) (Entered: 01/23/2017) |
| 01/27/2017 | 29 | | RESPONSE to Motion re 21 Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support , 11 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support , 17 Defendant's MOTION to Dismiss and Memorandum in Support , 18 MOTION to Dismiss and Memorandum in Support *Plaintiffs' Complaint for Declaratory and Injunctive Relief* filed by Plaintiff Russell G. Greer. (las) (Entered: 01/30/2017) |
| 02/17/2017 | 30 | | REPLY to Response to Motion re 18 MOTION to Dismiss and Memorandum in Support *Plaintiffs' Complaint for Declaratory and Injunctive Relief* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Sarin, Neil) (Entered: 02/17/2017) |
| 02/24/2017 | 31 | | DOCUMENT LODGED from plaintiff consisting of pleading incorrectly styled as a combined surreply and 'amended complaint' (no leave appears to have been granted to file either per FRCivP 15 or DUCivR 7–1(b)(2)(A)) (alt) (Entered: 02/28/2017) |
| 03/06/2017 | 32 | | REQUEST to Submit for Decision re 18 MOTION to Dismiss and Memorandum in Support *Plaintiffs' Complaint for Declaratory and Injunctive Relief* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Sarin, Neil) (Entered: 03/06/2017) |
| 04/19/2017 | 33 | | DOCKET TEXT ORDER finding as moot Plaintiff's Motion To Allow Proof Of Service 2 . All Defendants have filed a responsive pleading [11, 17, 18, 21], and there has been no challenge to the sufficiency of service. Signed by Magistrate Judge Dustin B. Pead on 04/19/2017. (Entered: 04/19/2017) |
| 04/21/2017 | 34 | | RULING AND ORDER – The court requests additional briefing on several issues. Consistent therewith, the Court Orders the following briefing schedule: Briefing On Plaintiffs Standing And The Ripeness Of The Claims *Plaintiffs Initial Brief Due: May 5, 2017. *Defendants Responsive Briefs Due: May 19, 2017.<br>Briefing On Facial vs. As–Applied Challenges *Defendants Initial Briefs Due: May 5, 2017. *Plaintiffs Responsive Brief Due: May 19, 2017. Signed by Magistrate Judge Dustin B. Pead on 4/21/2017. (las) (Entered: 04/21/2017) |

| | | | |
|---|---|---|---|
| 05/05/2017 | 35 | | Supplemental BRIEF In Support of Plaintiff's Standing and the Ripeness of the Claims filed by Plaintiff Russell G. Greer. (las) (Entered: 05/05/2017) |
| 05/05/2017 | 36 | | Supplemental Memorandum Regarding Facial and As−Applied Challenges BRIEF re 34 Order,, filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, Gregory) (Entered: 05/05/2017) |
| 05/05/2017 | 37 | | Supplemental BRIEF re 36 Brief, 34 Order,, *Re Facial vs. As−Applied Constitutional Challenges and Joinder in State Defendants' Supplemental Brief* filed by Defendants James Allred, Jackie Biskupski. (Brabson, Catherine) (Entered: 05/05/2017) |
| 05/05/2017 | 38 | | Supplemental BRIEF *regarding Facial vs. As−Applied Constitutional Challenges and Joinder in State's Supplemental Memorandum* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Sarin, Neil) (Entered: 05/05/2017) |
| 05/19/2017 | 39 | | RESPONSIVE SUPPLEMENTAL BRIEF re 35 Brief, 34 Order,, filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Attachments: # 1 Exhibit 1− Plaintiff's DBA registration)(Soderberg, Gregory) (Entered: 05/19/2017) |
| 05/19/2017 | 40 | | ERRATA to 39 Brief filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes . (Attachments: # 1 Exhibit 1− Plaintiff's DBA registration)(Soderberg, Gregory) (Entered: 05/19/2017) |
| 05/19/2017 | 41 | | Defendant's RESPONSE re 35 Brief, 34 Order,,,*RE Standing and Ripeness* filed by James Allred, Jackie Biskupski. (Brabson, Catherine) (Entered: 05/19/2017) |
| 05/19/2017 | 42 | | Plaintiff's RESPONSE to Defendant's 36 Supplemental Memorandum Regarding Facial and As−Applied Challenges Brief per 34 Order, filed by Russell G. Greer. (jwt) (Entered: 05/19/2017) |
| 05/19/2017 | 43 | | RESPONSIVE SUPPLEMENTAL BRIEF re 35 Brief filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Sarin, Neil) (Entered: 05/19/2017) |
| 05/23/2017 | 44 | | MOTION to Amend Complaint filed by Plaintiff Russell G. Greer. (las) (Entered: 05/23/2017) |
| 06/02/2017 | 45 | | RESPONSE to Motion re 44 MOTION to Amend/Correct *Plaintiff's Motion for Leave to File Supplemental Complaint* filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, Gregory) (Entered: 06/02/2017) |
| 06/28/2017 | 46 | | RULING & ORDER −1. Within ten (10) days from the date of this Order, Plaintiff shall file a copy of his proposed amended complaint on the court docket as an Exhibit to his pending motion to amend; and2. Defendants shall have an additional ten (10) days after Plaintiff files a copy of his proposed pleading to respond and/or supplement their response (ECF No. 45) to Greers motion to amend. (ECF No. 44.) Signed by Magistrate Judge Dustin B. Pead on 6/28/2017. (las) (Entered: 06/28/2017) |
| 07/10/2017 | 47 | | MOTION for Leave to File Supplemental Complaint filed by Plaintiff Russell G. Greer. (las) (Entered: 07/11/2017) |
| 07/19/2017 | 48 | | Supplemental RESPONSE re 47 MOTION for Leave to File Supplemental Complaint, filed by Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, |

| | | | |
|---|---|---|---|
| | | | Gregory) (Entered: 07/19/2017) |
| 08/11/2017 | 49 | | SUBSTITUTION OF COUNSEL Jacque M. Ramos replacing Neil R. Sarin as counsel on behalf of Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Ramos, Jacque) (Entered: 08/11/2017) |
| 08/15/2017 | 50 | | SUBSTITUTION OF COUNSEL David M. Quealy replacing Jacque M. Ramos as counsel on behalf of Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Quealy, David) (Entered: 08/15/2017) |
| 08/17/2017 | 51 | | DOCKET TEXT ORDER. Plaintiff's motion for leave to supplement complaint along with Exhibits at 47 moots Plaintiff's same motion filed at 44 . Signed by Magistrate Judge Dustin B. Pead on 08/17/2017. No attached document. (amn) (Entered: 08/17/2017) |
| 08/29/2017 | 52 | | RESPONSE to Motion re 47 MOTION for Leave to File Supplemental Complaint filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Quealy, David) (Entered: 08/29/2017) |
| 08/30/2017 | 53 | | ORDER granting in part and denying in part 47 Motion for Leave to File Supplemental Complaint; denying without prejudice as Moot 17 Motion to Dismiss ; denying without prejudice as Moot 18 Motion to Dismiss ; denying without prejudice as Moot 21 Motion to Dismiss for Failure to State a Claim. See Order for Details. Signed by Magistrate Judge Dustin B. Pead on 8/30/2017. (las) (Entered: 08/30/2017) |
| 08/31/2017 | 54 | | DOCKET TEXT ORDER. Pursuant to the court's order 53 , City Defendants' motion to dismiss 11 is denied without prejudice as moot. Signed by Magistrate Judge Dustin B. Pead on 08/31/2017. No attached document. (amn) (Entered: 08/31/2017) |
| 09/12/2017 | 55 | | AMENDED COMPLAINT against James Allred, Kathy Berg, Jackie Biskupski, Sim S. Gill, Gary R. Herbert, Ben McAdams, Sean D. Reyes, Rolen Yoshinaga. filed by Russell G. Greer. (las) (Entered: 09/12/2017) |
| 09/26/2017 | 56 | | Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants James Allred, Jackie Biskupski. (Brabson, Catherine) (Entered: 09/26/2017) |
| 10/03/2017 | 57 | | Defendant's MOTION to Dismiss *Supplemental Complaint* filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, Gregory) (Entered: 10/03/2017) |
| 10/03/2017 | 58 | | ENTRY ERROR– MOTION to Dismiss and Memorandum in Support *Plaintiff's suppl* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Quealy, David) Modified on 10/3/2017 added error text (las). (Entered: 10/03/2017) |
| 10/03/2017 | 59 | | Modification of Docket: re 58 MOTION to Dismiss and Memorandum in Support *Plaintiff's suppl*. Document filed in error. Motion has been terminated. (las) (Entered: 10/03/2017) |
| 10/03/2017 | 60 | | MOTION to Dismiss and Memorandum in Support *Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Quealy, David) (Entered: 10/03/2017) |

| | | | |
|---|---|---|---|
| 10/24/2017 | 61 | | MEMORANDUM in Opposition re 57 Defendant's MOTION to Dismiss *Supplemental Complaint* filed by Plaintiff Russell G. Greer. (jwt) (Entered: 10/25/2017) |
| 11/07/2017 | 62 | | REPLY to Response to Motion re 57 Defendant's MOTION to Dismiss *Supplemental Complaint* filed by Defendants Kathy Berg, Gary R. Herbert, Sean D. Reyes. (Soderberg, Gregory) (Entered: 11/07/2017) |
| 11/07/2017 | 63 | | REPLY to Response to Motion re 60 MOTION to Dismiss and Memorandum in Support *Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Quealy, David) (Entered: 11/07/2017) |
| 11/07/2017 | 64 | | REQUEST to Submit for Decision re 56 Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants James Allred, Jackie Biskupski. (Brabson, Catherine) (Entered: 11/07/2017) |
| 11/08/2017 | 65 | | RESPONSE and Memorandum in Opposition re 62 Reply Memorandum/Reply to Response to Motion. And Request for Hearing. filed by Russell G. Greer. (las) (Entered: 11/09/2017) |
| 01/22/2018 | 66 | | NOTICE of SUPPLEMENTAL AUTHORITY by Kathy Berg, Gary R. Herbert, Sean D. Reyes re 57 Defendant's MOTION to Dismiss *Supplemental Complaint* (Attachments: # 1 Exhibit Exhibit A –– Erotic Service Provider Legal Education and Research Project v Gascon) (Soderberg, Gregory) (Entered: 01/22/2018) |
| 01/23/2018 | 67 | | RESPONSE re 66 Notice of Supplemental Authority filed by Russell G. Greer. (las) (Entered: 01/23/2018) |
| 02/21/2018 | 68 | | SUBSTITUTION OF COUNSEL Jacque M. Ramos replacing Jennifer Bailey and David M. Quealy as counsel on behalf of Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Ramos, Jacque) (Entered: 02/21/2018) |
| 02/23/2018 | 69 | | NOTICE OF WITHDRAWAL OF COUNSEL of Greg Soderberg filed by David N. Wolf on behalf of Kathy Berg, Gary R. Herbert, Sean D. Reyes (Wolf, David) (Entered: 02/23/2018) |
| 03/19/2018 | 70 | | NOTICE of Change of Address by Jacque M. Ramos (Ramos, Jacque) (Entered: 03/19/2018) |
| 04/09/2018 | 71 | | NOTICE of SUPPLEMENTAL AUTHORITY by Russell G. Greer (las) (Entered: 04/10/2018) |
| 04/13/2018 | 72 | | REQUEST to Submit for Decision re 60 MOTION to Dismiss and Memorandum in Support *Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief* filed by Defendants Sim S. Gill, Ben McAdams, Rolen Yoshinaga. (Ramos, Jacque) (Entered: 04/13/2018) |
| 05/08/2018 | 73 | | MEMORANDUM DECISION AND ORDER granting 56 Motion to Dismiss for Failure to State a Claim ; granting 57 Motion to Dismiss ; granting 60 Motion to Dismiss. Signed by Magistrate Judge Dustin B. Pead on 5/8/2018. (las) (Entered: 05/08/2018) |
| 05/08/2018 | 74 | 12 | |

| | | | |
|---|---|---|---|
| | | | JUDGMENT – It is Ordered that Plaintiff's Amended Complaint is dismissed with Prejudice. Case Closed. Signed by Magistrate Judge Dustin B. Pead on 5/8/2018. (las) (Entered: 05/08/2018) |
| 05/22/2018 | 75 | 13 | NOTICE OF APPEAL as to 74 Judgment filed by Russell G. Greer. Appeals to the USCA for the 10th Circuit. Fee Status: Not Paid. Filing fee $ 505. (las) (Entered: 05/23/2018) |
| 05/23/2018 | 76 | | **SEALED DOCUMENT** MOTION for Leave to Appeal in forma pauperis filed by Plaintiff Russell G. Greer. (las) (Entered: 05/23/2018) |

# United States District Court

District of Utah

RUSSELL G. GREER,

Plaintiff

v.

GARY R. HERBERT,

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-01067

IT IS ORDERED AND ADJUDGED that Plaintiff's Amended Complaint is dismissed with prejudice.

May 8, 2018

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge

Russell Greer
3068 West Mark Ave
West Valley City, UT 84119
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
U.S. DISTRICT COURT

2018 MAY 22 A 11: 45

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**GARY R. HERBERT**, in his official capacity as Governor of the State of Utah; **SEAN D. REYES**, in his official capacity as Attorney General of the State of Utah; **SIM S. GILL,** in his official capacity as District Attorney of the City and County of Salt Lake; **JACKIE BISKUPSKI**, in her official capacity as Mayor of the City of Salt Lake; **BEN McADAMS**, in his official capacity as Mayor of the County of Salt Lake; **KATHY BERG**, in her official capacity as Director of the Division of Commerce; **JAMES ALLRED**, in his official capacity as Business Licensing Manager for the City of Salt Lake; **ROLEN YOSHINAGA**, in his official capacity as Director of Planning and Development for the County of Salt Lake,<br><br>Defendants | **PLAINTIFF'S NOTICE OF APPEAL**<br><br>Case No.: 2:16-cv-01067-DBP<br><br>Magistrate Judge Dustin B. Pead |

Notice is hereby given that Russell Greer, Plaintiff in the above named case, hereby appeals to the United States Tenth Circuit Court of Appeals from the final judgment entered in this action on May 8th, 2018 (Dkt. 74). Respectfully submitted.

/rgreer/
05/21/2018
Pro Se Litigant

## CERTIFICATE OF SERVICE:

I certify that on May 21st, 2018, a true and correct copy of PLAINTIFF'S NOTICE OF APPEAL was emailed to the following:

    David Wolf, Assistant Attorney General and Counsel to State Defendants Berg, Herbert & Reyes.
    dnwolf@agutah.gov

Jackie Ramos: Counsel for County Defendants Gill, McAdams & Yoshinaga. jmramos@slco.org

Catherine Brabson, Counsel for City Defendants Allred and Biskupski
Catherine.Brabson@slcgov.com