# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                 Chris Wolpert
Clerk of Court                          May 01, 2019                          Chief Deputy Clerk

Mr. D. Mark Jones
United States District Court for the District of Utah
Office of the Clerk
351 South West Temple
Salt Lake City, UT 84101

**RE:**   **18-4075, Greer v. Herbert, et al**
          Dist/Ag docket: 2:16-CV-01067-DBP

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                Sincerely,

                                                Elisabeth A. Shumaker
                                                Clerk of the Court

cc:   Catherine L. Brabson
      Tyler R. Green
      Russell G. Greer
      Stanford E. Purser
      Jacque Marie Ramos
      Lance Sorenson
      David N. Wolf

EAS/klp